IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cortez, Fernando D

Printed: 11/20/07

Case Number: 07 B 08025
Judge: Squires, John H
Filed: 5/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 10, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | Consumer Portfolio Services | Secured | 19,698.00 | 0.00 |
| 5. | Midwest Title | Secured | 1,900.00 | 0.00 |
| 6. | Cook County Treasurer | Secured | 1,500.00 | 0.00 |
| 7. | AMC Mortgage Services Inc | Secured | 13,000.00 | 0.00 |
| 8. | AMC Mortgage Services Inc | Secured | 1,300.00 | 0.00 |
| 9. | AMC Mortgage Services Inc | Secured | 6,060.07 | 0.00 |
| 10. | Internal Revenue Service | Priority | 7,488.99 | 0.00 |
| 11. | Consumer Portfolio Services | Unsecured | 0.05 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 99.67 | 0.00 |
| 13. | Jefferson Capital | Unsecured | 38.66 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 87.12 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | 75.39 | 0.00 |
| 16. | Cook County Treasurer | Unsecured | 127.54 | 0.00 |
| 17. | Peoples Energy Corp | Unsecured | 56.02 | 0.00 |
| 18. | Allied Interstate Inc | Unsecured |  | No Claim Filed |
| 19. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 20. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 21. | Armor Systems Co | Unsecured |  | No Claim Filed |
| 22. | ABS-CBN International NA | Unsecured |  | No Claim Filed |
| 23. | CB Accounts | Unsecured |  | No Claim Filed |
| 24. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 25. | Peoples Energy Corp | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Cortez, Fernando D | Case Number: 07 B 08025 |
|---|---|
| | Judge: Squires, John H |
| Printed: 11/20/07 | Filed: 5/2/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Medical Collections | Unsecured | | No Claim Filed |
| 27. | Comcast | Unsecured | | No Claim Filed |
| 28. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 51,431.51 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____